No. 318, Misc. HEIRENS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 322, Misc. STILTNER *v.* RHAY, PENITENTIARY SUPERINTENDENT, ET AL. Superior Court of Washington, Walla Walla County. Certiorari denied.

No. 323, Misc. BADGLEY *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 324, Misc. SCHACK *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied.

No. 326, Misc. SPARACO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Peter L. F. Sabbatino* for petitioner.

No. 61, Misc. TAHTINEN *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 354, Misc. McNAIR *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 2, Misc. YOUNG *v.* SOUTH CAROLINA. Motion of American Civil Liberties Union for leave to file brief, as *amicus curiae,* granted. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *King David* for petitioner. *Daniel R. McLeod,* Attorney General of South Carolina, *Everett N. Brandon,* Assistant Attorney General, and *Leonard A. Williamson* for respondent. *Lawrence Speiser* for American Civil Liberties Union, as *amicus curiae,* in support of the petition.